IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARTER P. and SARAH REESE (HUSBAND AND WIFE), | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| vs. | : | NO. 14-5715 |
| | : | |
| POOK & POOK, LLC., RON POOK, DEBRA POOK, JAMES POOK, JAY LOWE, CONNIE & JAY LOWE ANTIQUES, MIKE CAFFARELLA, JAMIE SHEARER, MAINE ANTIQUE DIGEST, S. CLAYTON PENNINGTON, KATE PENNINGTON, and LITA SOLIS-COHEN | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 27th day of January, 2016, in consideration of the following Motions, all Responses and Replies thereto, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants Maine Antique Digest, Kate Pennington, S. Clayton Pennington, and Lita Solis-Cohen (Document #25) is **GRANTED**.

2. The Motion to Dismiss of Defendants Pook & Pook, LLC, Debra Pook, James, Pook, Ron Pook, and Jamie Shearer (Document #26) is **GRANTED**.

3. The Motion to Dismiss of Defendants Jay Lowe and Connie and Jay Lowe Antiques (Document #27) is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** as to as to Count II (Lanham Act),

Count III (unfair competition), Count IV (antitrust claims), Count V (commercial disparagement), Count VI (false light), Count VII (injurious falsehood), Count VIII (breach of fiduciary duty), and Count X (breach of contract) of Plaintiffs' Amended Complaint.  The Motion is **DENIED** as to Count I (conspiracy), Count IX (negligence), and Count XI (unjust enrichment).

4. The Motion to Dismiss of Defendant Mike Caffarella (Document #30) is **GRANTED IN PART AND DENIED IN PART**.  The Motion is **GRANTED** as to as to Count II (Lanham Act), Count III (unfair competition), Count IV (antitrust claims), Count V (commercial disparagement), Count VI (false light), Count VII (injurious falsehood), and Count X (breach of contract) of Plaintiffs' Amended Complaint.  The Motion is **DENIED** as to Count I (conspiracy), Count VIII (breach of fiduciary duty), Count IX (negligence), and Count XI (unjust enrichment).

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.
