IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARTER P. REESE, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 14-5715 |
| | : | |
| POOK & POOK, LLC, et al., | : | |
|     Defendants | : | |

# O R D E R

AND NOW, this 22 day of September, 2016, upon consideration of Defendant Caffarella's motion for reconsideration (Document #55), and the plaintiffs' response thereto (Document #58), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that:

1. Paragraph Four of my Order dated January 27, 2016 (Document #51) is AMENDED to reflect that Defendant Caffarella's motion to dismiss is GRANTED as to Count VIII (breach of fiduciary duty).

2. The motion for reconsideration is DENIED in all other aspects.

3. The plaintiffs' response to the motion for reconsideration (Document #58) was inadvertently filed as a motion. The Interim Clerk of Court is directed to mark that document DENIED for statistical purposes.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.