IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARTER P. REESE, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO. 14-5715** |
| | : | |
| **POOK & POOK, LLC, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this   16th   day of February, 2017, upon consideration of the plaintiffs' motion to renew, reinstate, and/or remove from Bankruptcy Court the claims as against Defendants Pook & Pook, Ron Pook, Debra Pook, and James Pook (Document #62), the response of those defendants in opposition thereto (Document #75), the reply brief of the plaintiffs (Document #82), and the defendants' sur-reply (Document #83), and after construing the motion as one for leave to amend the complaint, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Within five days of the date of this Order, the plaintiffs shall file a second amended complaint containing the claims found in the stricken Document #73 with the following exception:  Defendants Jay Lowe, Connie & Jay Lowe Antiques, and Mike Caffarella shall not be included in Count IV.[1]

---

[1] On January 27, 2016, the breach of contract claim in the first amended complaint was dismissed against Defendants Jay Lowe, Connie & Jay Lowe Antiques, and Mike Caffarella. See Document #50.

2.  Defendants Pook & Pook, Ron Pook, Debra Pook, and James Pook shall respond to the second amended complaint within ten days of its filing.

3.  All discovery shall terminate on or before **Monday, April 17, 2017.**

4.  The plaintiffs' motion for telephone status conference (Document #79) is DENIED as moot.

                                        BY THE COURT:

                                        /s/ Lawrence F. Stengel
                                       LAWRENCE F. STENGEL, J.